United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Antoine Thang Nguyen
    Debtor

Case No. 16-16096-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Apr 05, 2017
Form ID: pdf900     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
```
db           +Antoine Thang Nguyen,    2076 Hayward,   Pennsburg, PA 18073-1275
cr            AmeriCredit Financial Services, Inc. dba GM Financ,   P.O. Box 99605,
               Arlington, TX  76096-9605
13783925      Aes,   P.o box 2461,   Harrisburg, PA 17105-2461
13805848     +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
13812348      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13783927      GM FINANCIAL,   PO BOX 78143,   Phoenix, AZ 85062-8143
13783928     +KML Law Group,   701 MARKET STREET,   SUITE 5000 BNY INDEPENDENCE CENTER,
               Philadelphia, PA 19106-1538
13803828     +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13871739     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   PHFA Loan Servicing Division,
               211 North Front Street,   Harrisburg, PA 17101-1466
13875317     +U.S. Bank NA,   c/o Matteo S. Weiner, Esq.,   KML Law Group PC,   701 Market St., Ste. 5000,
               Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Apr 06 2017 01:35:29    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2017 01:35:12    Pennsylvania Department of Revenue,
               Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2017 01:35:26    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13808341      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 06 2017 01:31:04
               American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK  73124-8848
13783926      E-mail/Text: cio.bncmail@irs.gov Apr 06 2017 01:35:06    Department of the treasury,   IRS,
               Andover, MA 01810-9041
13783929     +E-mail/Text: blegal@phfa.org Apr 06 2017 01:35:18    PHFA,   211 N FRONT STREET,
               Harrisburg, PA 17101-1466
                                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            AmeriCredit Financial Services, Inc. dba GM Financ
13819084*    +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, TX 76096-3853
13805114*    +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:
```
              BRIAN C. EVES    on behalf of Debtor Antoine Thang Nguyen BrianEvesLaw@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                   Date Rcvd: Apr 05, 2017
                              Form ID: pdf900            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
      TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANTOINE THANG NGUYEN                           Chapter 13

                          Debtor          Bankruptcy No. 16-16096-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: April 5, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRIAN C EVES ESQ
P.O. BOX 0713

NEW HOPE, PA 18968-0713


Debtor:
ANTOINE THANG NGUYEN

2076 HAYWARD

PENNSBURG, PA 18073